| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | tmd3574/mrm |
| EASTERN DISTRICT OF NEW YORK | February 21, 2019 |
| ==================================X | 09:30 AM |
| IN RE: | Case No. 818-78390-LAS |
| VIOLETA ASTILEAN, | Hon. LOUIS A. SCARCELLA |
| | **NOTICE OF MOTION** |
| Debtor. | |
| ==================================X | |

       PLEASE TAKE NOTICE, that upon the within application, Marianne DeRosa, Chapter 13 Trustee will move this court before the Hon. Louis A. Scarcella, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 290 Federal Plaza, Room 963, Central Islip, New York, 11722, on February 21, 2019 at 09:30 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Marianne DeRosa, Esq., no later than seven (7) business days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  Jericho, New York
       January 24, 2019

                                                /s/ Marianne DeRosa
                                                MARIANNE DeROSA, TRUSTEE
                                                125 JERICHO TURNPIKE; STE 105
                                                JERICHO, NY 11753
                                                (516) 622-1340

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | tmd3574/mrm<br>February 21, 2019<br>09:30 AM |

==================================X

IN RE:                                                                              Case No: 818-78390-LAS

VIOLETA ASTILEAN,                                                      Hon. LOUIS A. SCARCELLA

**APPLICATION**

                              Debtor.

==================================X

TO THE HONORABLE LOUIS A. SCARCELLA U.S. BANKRUPTCY JUDGE:

      MARIANNE DEROSA, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

      1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on December 13, 2018, and, thereafter, MARIANNE DEROSA was duly appointed and qualified as Trustee.

      2.      As of the date of this application, the Debtor has failed to:

      a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

      b. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1; and

      c. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343.

      3.      The Debtor's failure to provide these items impedes the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

      4.      Each of the foregoing constitutes cause to dismiss this Chapter 13 case within meaning of 11 U.S.C. §1307(c).

      WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: Jericho, New York
       January 24, 2019

                                                                     *s/Marianne DeRosa*
                                                                     Marianne DeRosa
                                                                     Chapter 13 Trustee

Case 8-18-78390-las   Doc 14   Filed 01/24/19   Entered 01/24/19 16:13:35

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case No: 818-78390-LAS
IN RE:

  VIOLETA ASTILEAN,

                                                                                             CERTIFICATE OF SERVICE
                                                                                                  BY MAIL
                        Debtor.
-----------------------------------------------------------X

       This is to certify that I, Matthew R. Matz, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

VIOLETA ASTILEAN
196 BUCKSKILL ROAD
EAST HAMPTON, NY 11937

RICHARD L STERN, PC
ATTN:  COOPER J MACCO, ESQ.
2950 EXPRESS DRIVE SOUTH, STE 109
ISLANDIA, NY 11749

WELLS FARGO BANK, N.A.
C/O WOODS OVIATT GILMAN, LLP
700 CROSSROADS BUILDING
2 STATE STREET
ROCHESTER, NY 14614


This January 24, 2019


/s/Matthew R. Matz
Matthew R. Matz, Paralegal
Office of the Standing Chapter 13 Trustee
Marianne DeRosa, Esq.
125 Jericho Turnpike; Suite 105
Jericho, NY 11753
(516) 622-1340

CASE NO: 818-78390-LAS
Hon. LOUIS A. SCARCELLA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
========================================================================
IN RE:

VIOLETA ASTILEAN,


                              Debtor.
========================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

========================================================================




MARIANNE DeROSA, TRUSTEE
125 JERICHO TURNPIKE; SUITE 105
JERICHO, NY 11753
(516) 622-1340